UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAHEEME COLDING,

    Plaintiff,

v.

GUARDNOW, INC.,

    Defendant.

Case No. 1: 17-cv-00998-DAD-EPG

ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE

(ECF No. 8)

On October 18, 2017, Plaintiff filed a notice of voluntary dismissal. (ECF No. 8.) Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: **October 19, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1